**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**In re:**

**CRISTITA C. HAZEL,**

    **Debtor.**

**CHAPTER 7**

**CASE NO. 12-36716-KRH**

**WELLS FARGO BANK, N.A.,**

    **Plaintiff/Movant.**

**vs.**

**CRISTITA C. HAZEL**
**AKA CHRISTITA C. HAZEL**
**ROY M. TERRY, JR., TRUSTEE,**

    **Defendants.**

## ORDER GRANTING RELIEF

Upon consideration of the motion of Wells Fargo Bank, N.A. to modify the automatic stay and the Court having granted relief as to the Debtor on January 2, 2013; it is

**ORDERED** that the automatic stay of 11 U.S.C. Section 362 is modified to permit the Plaintiff and its successors and assigns to enforce the lien of its Deed of Trust as it pertains to the real property located at 14021 Sparkling Cove Lane, Windermere, FL 34786, and more particularly described as follows:

> **CONDOMINIUM UNIT 501, BUILDING 5 PHASE 1 OASIS COVE 1 AT LAKESIDE VILLAGE, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFICIAL RECORD BOOK 9461, PAGE 27, AS AMENDED FROM TIME TO TIME, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

Michael T. Freeman, Esquire
Counsel for Plaintiff
Samuel I. White, P.C.
1804 Staples Mill Rd, Suite 200
Richmond, VA 23230
State Bar #65460
(804) 290-4290

      Relief under this Order shall extend to the purchaser at any foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

DATED:

_____
JUDGE

**NOTICE OF JUDGMENT OR ORDER**
**Entered on Docket**

_____

I ask for this:

## /s/ MICHAEL T. FREEMAN

Eric David White, Esquire, VSBN 21346
Michael T. Freeman, Esquire, VSBN 65460
David W. Carter, Esquire, VSBN 70875
Kimberly B. Lane, Esquire, VSBN 78720
Brandon R. Jordan, Esquire, VSBN 72170
Samuel I. White, P. C.
Counsel for Wells Fargo Bank, N.A.
1804 Staples Mill Rd, Suite 200
Richmond, VA 23230

Seen and Agreed:

## /S/ ROY M. TERRY, JR.

Roy M. Terry, Jr., Esquire
Chapter 7 Trustee
Sands Anderson PC
Post Office Box 2188
Richmond, VA VA

CERTIFICATE

      I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2 and that it has been endorsed by all necessary parties involved in this proceeding.

## /s/ MICHAEL T. FREEMAN
Samuel I. White, P. C.

/97-031451-12

The Clerk shall mail a copy of the entered Order to the following:

Roy M. Terry, Jr., Esquire
Chapter 7 Trustee
Sands Anderson PC
Post Office Box 2188
Richmond, VA VA

H. Darden Hutson, Esquire
Counsel for Debtor
4807 Hermitage Road # 205
Richmond, VA 23227

Cristita C. Hazel
Debtor
26039 Tidewater Trail
Port Royal, VA 22535

**97-031451-12/knp**